THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. SOCORRO NUNEZ-MEDRANO,<br><br>　　　　Defendant. | No. CR 20-001-JLR<br><br>ORDER EXTENDING TRIAL AND<br>PRETRIAL DEADLINES |

THE COURT has considered the unopposed motion requesting an extension of the trial date and deadline for pretrial motions and the record in this case. The Court finds that (1) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for Mr. Nunez-Medrano time reasonably necessary for effective preparation; (2) a failure to grant a continuance would likely result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i); and (3) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

//

//

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
(*USA v. Nunez-Medrano*; CR20-001JLR) - 1

VITEK LAW LLC
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
(206) 673-2800

1  IT IS THEREFORE ORDERED that the trial will be continued from March 16, 2020 to May 11, 2020 and that the time period from the date of this order to the new trial date is excluded for purposes of computing the time limitations imposed by the Speedy Trial Act. Further, the Court ORDERS that the pretrial motions deadline in this case will be April 3, 2020.

DATED this 25th day of February 2020.

_____
JAMES L. ROBART
UNITED STATES JUDGE

Presented by
/s/ Nicholas J. Vitek
Attorney for J. Socorro Nunez-Medrano

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
(*USA v. Nunez-Medrano*; CR20-001JLR) - 2

VITEK LAW LLC
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
(206) 673-2800