The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> J SOCORRO NUNEZ-MEDRANO, <br><br> Defendant. | NO. CR20-001 JLR <br><br> DISCOVERY PROTECTIVE ORDER |

The Court has considered the parties' stipulated motion for a discovery protective order. The Court finds that there is a proper basis to issue a discovery protective order given the privacy concerns regarding the production and disclosure of the cell phone contents. Accordingly, it is ordered that: (1) Mr. Nunez-Medrano is free to possess and review a copy of the contents downloaded from his own cell phones; but (2) the disclosure and production of the contents downloaded from other individuals' cell phones is limited to Mr. Nunez-Medrano's counsel and the defense team, except that Mr. Nunez may review with his counsel certain parts of the contents downloaded from other individuals' cell phones upon the parties' agreement that such disclosure is appropriate. In the event the parties cannot reach agreement on whether particular parts of the contents

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of other individuals' cell phones should be exempted from the protective order, defense counsel can raise the issue with the Court by way of a motion.

DATED this 3rd day of April, 2020.

_____
James L. Robart
United States District Judge

Presented by:

*/s/ Seungjae Lee*
SEUNGJAE LEE
Assistant United States Attorney