The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-001JLR |
| Plaintiff, | |
| v. | ORDER |
| J. SOCORRO NUNEZ-MEDRANO, | |
| Defendant. | |

THIS COURT having considered the Motion of the United States for a continuance of the trial date and the facts set forth therein, and General Order 07-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, hereby FINDS as follows:

1.      In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of this disease as well as the lack of the type of personal protective equipment necessary to ensure the health and safety of all participants, it is not possible at this time to proceed with a jury trial.

Order Continuing Trial
*U.S. v. Nunez-Medrano*, CR20-001 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.      Further, because of the recommendations that individuals at higher risk of contracting this disease –including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people, at this time, it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community.  Based on the recommendations it would also be medically inadvisable to do so.

3.      As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

4.      IT IS THEREFORE ORDERED that the parties participate in a status conference on July 2, 2020, at 11:00 a.m.  The purpose of the status conference will be to discuss a date on which the trial can be scheduled and take place without any potential impact on the health of all participants or the community.

5.      IT IS FURTHER ORDERED that the period of time from the date of this order up to and including the date to be set for the trial at the status conference, shall be excludable time pursuant to 18 U.S.C. § 3161.

6.      Dated this _____1st_____ day of May, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Seungjae Lee*
SEUNGJAE LEE
Assistant United States Attorney

Order Continuing Trial
*U.S. v. Nunez-Medrano*, CR20-001 JLR - 2