The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> J. SOCORRO NUNEZ-MEDRANO, <br><br> Defendant. | No. CR 20-001-JLR <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

This matter came before the Court at the April 5, 2021 Telephonic Status Conference and on the Stipulated Motion of the parties for a continuance of the trial and the pretrial motions due date filed by the parties in this matter on April 19, 2021. The Court hereby finds that the Stipulated Motion, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) the continuance is necessary to ensure public safety in light of the Coronavirus Disease 2019 pandemic.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to July 19, 2021. The motions deadline is continued to May 28, 2021.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(*U.S. v. Nunez-Medrano*; CR20-001JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.  The time period of March 29, 2021 to July 19, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated this   20th   day of April, 2021.

JAMES L. ROBART
United States District Judge

Presented by:

s/ *Nicholas Vitek*
NICHOLAS VITEK
Attorney for Mr. Nunez-Medrano


s/ *Stacey R. Fernandez*
STACEY R. FERNANDEZ
Special Assistant United States Attorney

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(*U.S. v. Nunez-Medrano*; CR20-001JLR) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970